UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-cr-00022-JAM |
|---|---|
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| RICARDO MANUEL DURAN, | |
| Defendant. | |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before Senior Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings.

IT IS SO ORDERED.

DATED: January 27, 2025      /s/ John A. Mendez
                             JOHN A. MENDEZ
                             Senior United States District Judge